**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**WILLIAM R. WEBSTER,**

                **Petitioner,**

        v.                              **CASE NO. 22-3034-SAC**

**SHANNON MEYER,**

                **Respondent.**

<u>**MEMORANDUM AND ORDER**</u>

This matter is a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 that the Court dismissed with prejudice on May 23, 2022 as untimely filed. (Doc. 11.) On June 6, 2022, Petitioner filed a document which the Court liberally construed as a motion to reconsider the dismissal and denied on June 9, 2022. (Docs. 13, 15.) On June 21, 2022, Petitioner filed a document titled "Reconsideration, Memorandum." (Doc. 16.) The Court finds no persuasive reason to reconsider its conclusion that this matter was untimely filed. The answers to Petitioner's questions about the Court's actions may be found in the text of the orders issued in this matter, which were mailed to Petitioner. This matter is closed and the Court advises Petitioner that it will take no further action on Petitioner's latest submission.

    **IT IS SO ORDERED.**

DATED:  This 23rd day of June, 2022, at Topeka, Kansas.

                                      S/ Sam A. Crow

                                      SAM A. CROW
                                      U.S. Senior District Judge